920

No. 79–5886. Bryant v. United States. C. A. 4th Cir. Certiorari denied.

No. 79–5958. Smith v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 79–5966. Hunt v. Marshall, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 79–5974. Proctor v. Georgia. Ct. App. Ga. Certiorari denied.

No. 79–5992. White v. Wyrick, Warden, et al. C. A. 8th Cir. Certiorari denied.

No. 79–5993. Fairris v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 79–5998. Woods v. United States; and
No. 79–6041. Underwood v. United States. C. A. 6th Cir. Certiorari denied. Reported below: 613 F. 2d 629.

No. 79–5999. Anderson v. Oregon. Ct. App. Ore. Certiorari denied.

No. 79–6021. Roldan v. Government of the Virgin Islands. C. A. 3d Cir. Certiorari denied.

No. 79–6026. Justice v. United States. C. A. 6th Cir. Certiorari denied.

No. 79–6039. Scott v. Washington. Sup. Ct. Wash. Certiorari denied.